UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HORIZON              LAWN MAINTENANCE, INC., | 2:19-CV-10568-TGB |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | HONORABLE TERRENCE G. BERG |
| MJ'S SNOW AND LANDSCAPE, LLC, HOLCOMB ENTERPRISES, LLC, | |
| Defendants. | |

The Court was notified that the parties had reached a resolution in this matter.  Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.  The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement.  *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Dated: January 31, 2022